No. 97–1994. NEWTON ET UX. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 97–2029. PARAMOUNT HEALTH SYSTEMS, INC., PERSONALLY AND ON BEHALF OF ALL PERSONS SIMILARLY SITUATED, ET AL. *v.* WRIGHT, DIRECTOR, ILLINOIS DEPARTMENT OF PUBLIC AID, ET AL. C. A. 7th Cir. Certiorari denied.

No. 97–9054. COLLIER *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 97–9626. LEGRANDE *v.* EASLEY, ATTORNEY GENERAL OF NORTH CAROLINA. C. A. 4th Cir. Certiorari denied.

No. 98–24. BAKER *v.* HENDERSON, POSTMASTER GENERAL. C. A. 7th Cir. Certiorari denied.

No. 98–50. KEWEENAW BAY INDIAN COMMUNITY *v.* UNITED STATES ET AL. C. A. 6th Cir. Certiorari denied.

No. 98–74. TEAGUE ET AL. *v.* BAKKER ET AL. C. A. 4th Cir. Certiorari denied.

No. 98–98. STEWART, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, ET AL. *v.* SMITH. C. A. 9th Cir. Certiorari denied.

No. 98–102. PETE LIEN & SONS, INC., DBA COLORADO LIEN CO. *v.* BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF LARIMER ET AL. Ct. App. Colo. Certiorari denied.

No. 98–130. UNITED STATES *v.* CONTINENTAL AIRLINES ET AL. C. A. 3d Cir. Certiorari denied.

No. 98–154. MOORE *v.* BOARD OF EDUCATION OF THE JOHNSON CITY SCHOOLS ET AL. C. A. 6th Cir. Certiorari denied.

No. 98–179. PANDUIT CORP. *v.* THOMAS & BETTS CORP. ET AL. C. A. 7th Cir. Certiorari denied.

No. 98–181. LOPEZ *v.* SHAPIRO ET AL. C. A. 10th Cir. Certiorari denied.

No. 98–189. BOURCIER DE CARBON ET AL. *v.* GENERAL MOTORS CORP. ET AL. C. A. 9th Cir. Certiorari denied.